JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>      Plaintiff,<br><br>    v.<br><br>URBAN OUTFITTERS WEST LLC, a California Limited Liability Company; and DOES 1-10,<br><br>      Defendants. | Case No. 2:19-cv-08444-JWH-KESx<br><br>**JUDGMENT** |

Pursuant to the Order filed concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendant Urban Outfitters West LLC shall have **JUDGMENT** in its favor, and Plaintiff Brian Whitaker shall take nothing.

2. This action is **DISMISSED** on the merits.

3. Fictitiously named Defendants Does 1-10 are **DISMISSED**.

4. To the extent that any party seeks any other form of relief, it is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 26, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE